**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/27/2023

Meldrick Fernandez,

      Plaintiff,

v.

HSBC USA, N.A., LendingClub Corporation, Elan Financial Services and Experian Information Solutions, Inc.,

      Defendants.

Case No: 1:23-cv-01518-ALC

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and defendant U.S. Bank National Association (of which Elan Financial Services is an unincorporated division) and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice against U.S. Bank National Association, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: March 13, 2023

| THE GINZBURG LAW FIRM, P.C. | SANDERS LAW GROUP |
|---|---|
| By: _____ | By: _____ |
| Daniel Ginzburg, Esq. | Alain Cesar, Esq. |
| 200 Village Center Drive, Unit 7045 | 333 Earle Ovington Blvd, Suite 402 |
| Freehold, New Jersey 07728 | Uniondale, NY 11553 |
| Tel: 732-284-3841 | Tel: (516) 203-7600 |
| Email: daniel@ginzburglawfirm.com | Email: acesar@sanderslaw.group |
| *Attorneys for Defendant* | File No.: 127116 |
| | *Attorneys for Plaintiff* |

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: March 27, 2023