UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Meldrick Fernandez,

    Plaintiff,

v.

HSBC USA, N.A., LendingClub Corporation, Elan Financial Services and Experian Information Solutions, Inc.,

    Defendants.

Case No: 1:23-cv-01518-ALC-KHP

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i) AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice against Defendant Experian Information Solutions, Inc. only, with each party to bear its respective attorney's fees and costs.

    Experian Information Solutions, Inc. has not served an answer, motion or otherwise appeared in this action.

Dated: April 12, 2023

                                    **SANDERS LAW GROUP**

                                    By: _____
                                    Alain Cesar, Esq.
                                    333 Earle Ovington Blvd, Suite 402
                                    Uniondale, NY 11553
                                    Tel: (516) 203-7600
                                    Email: acesar@sanderslaw.group
                                    File No.: 127116
                                    *Attorneys for Plaintiff*