UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Meldrick Fernandez,<br><br>   Plaintiff,<br><br>   v.<br><br>HSBC USA, N.A., LendingClub Corporation, Elan Financial Services and Experian Information Solutions, Inc.,<br><br>   Defendants, | Case No: 1:23-cv-01518-ALC-KHP |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and Defendant LendingClub Corporation and/or their respective counsel only, that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 22, 2023

| | |
|---|---|
| **TROUTMAN PEPPER HAMILTON SANDERS, LLP**<br><br>By: _____<br>Joseph M. DeFazio, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022<br>Tel: 212-704-6341<br>Email: joseph.defazio@troutman.com<br>*Attorneys for LendingClub Corporation* | **SANDERS LAW GROUP**<br><br>By: _____<br>Alain Cesar, Esq.<br>333 Earle Ovington Blvd, Suite 402<br>Uniondale, NY 11553<br>Tel: (516) 203-7600<br>Email: acesar@sanderslaw.group<br>File No.: 127116<br>*Attorneys for Plaintiff* |