

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/22/2023
```

# MEMO ENDORSED

June 22, 2023

VIA ECF

HONORABLE KATHERINE H. PARKER
United States District Magistrate Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Case Management Conference scheduled for <u>Tuesday, June 27, 2023 at 10:30 a.m.</u> is hereby adjourned sine die.
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 06/22/2023

Re:  **Meldrick Fernandez vs. HSBC USA, N.A., et al.**
     **Docket No: 1:23-cv-01518-ALC-KHP**
     Plaintiff's Letter Motion to Cancel the Initial Pre-Trial Conference

Dear Judge Parker:

Our office represents Plaintiff Meldrick Fernandez. <u>We file this letter motion respectfully requesting that the Initial Conference scheduled for June 27, 2023 at 10:45am be cancelled. Today, June 22, 2023, Plaintiff filed a Stipulation of Voluntary Dismissal as against the last remaining Defendant, LendingClub Corporation. The stipulation can be found at Document Number 24 on ECF</u>.

Plaintiff settled this case with all Defendants and notices of dismissal were filed as well. As such, Plaintiff requests that the scheduled conference be canceled, and the lawsuit be dismissed and removed from the Court's active calendar. This is Plaintiff's first request for such relief. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Alain Cesar*
Alain Cesar, Esq.
Email: acesar@sanderslaw.group
Direct: 516-203-7612
*Counsel for Plaintiff*

Cc: All counsel of record (by ECF)